**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GENE ALLEN, | ) | 3:04-cv-00121-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| WILLIAM J. TAYLOR, et al., | ) | |
| Defendants. | ) | |

This action has been closed since April 19, 2004. On August 30, 2010, the plaintiff filed a "motion for a remand" (#7). The motion for a remand discusses a petition for habeas corpus under 28 U.S.C. § 2254. Plaintiff initiated this action under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). (*See* #1). The court is unable to construe the motion for a remand as related in any way to his complaint in this action. To the extent plaintiff is seeking to reopen this action, he has shown no legal cause to do so. Accordingly, the motion for a remand (#7) is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: This 3rd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE